UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERARDO JUAREZ, et al.,

                Plaintiffs,

      - against -

DOLLY FOOD CORP., et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-6426 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties resolved this case by mediation on May 19, 2021 and have consented to my jurisdiction for *Cheeks* approval. Accordingly, by July 15, 2021, the parties shall jointly file a *Cheeks* letter along with the proposed settlement agreement.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2021
       New York, New York

Copies transmitted this date to all counsel of record.