# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

July 13, 2021

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/14/2021

VIA ECF  
Hon. Robert W. Lehrburger  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: Gerardo Juarez, et al v. Dolly Food Corp., et al  
Docket No.: 20-cv-06426 (RWL)

Your Honor:

My office represents Plaintiffs in the above-captioned matter. I write to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of July 15, 2021 to July 22, 2021. Defendants consent to this request and this is the first request of its kind.

The reason for the within request is that counsel for the parties need additional time to finalize some of the terms of the settlement agreement and to provide the agreement to our respective clients for their review and signatures.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *William K. Oates*  
William K. Oates, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
*Attorneys for Plaintiffs*

cc: John K. Diviney, Esq. (via ECF)  
*Attorney for Defendants*

SO ORDERED:  
7/14/2021  
HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE