# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

July 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021

VIA ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Gerardo Juarez, et al v. Dolly Food Corp., et al
Docket No.: 20-cv-06426 (RWL)

Your Honor:

My office represents Plaintiffs in the above-captioned matter. I write to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of July 22, 2021 to July 29, 2021. Defendants consent to this request and this is the second request of its kind. The Court granted Plaintiffs' first request.

The reason for the within request is that counsel for the parties need additional time to provide the agreement to our respective clients for their review and signatures. Plaintiffs apologize to the Court for submitting the within application on an untimely basis.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *William K. Oates*
William K. Oates, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

cc: John K. Diviney, Esq. (via ECF)
*Attorney for Defendants*

SO ORDERED:
7/26/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Certified as a minority-owned business in the State of New York*